■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD JONES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered October 28, 1987, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in a light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

Contrary to the defendant's contention, the court properly charged the jury on manslaughter in the second degree as a lesser included offense of manslaughter in the first degree. There was a reasonable view of the evidence that supported a finding that instead of acting intentionally, the defendant recklessly stabbed the decedent while pushing the decedent away from himself *(see, People v Green,* 56 NY2d 427; *People v Tai,* 39 NY2d 894; *cf., People v Stokes,* 117 AD2d 693).

We have reviewed the defendant's remaining contentions and find them to be either unpreserved for appellate review or without merit *(People v Seldon,* 128 AD2d 742; *People v Smith,* 121 AD2d 754; *People v Ashwal,* 39 NY2d 105; *People v Medina,* 123 AD2d 331). Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.